IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBERT TURNER,

    Plaintiff,

                                                Case No.  19-cv-852-jdp

    v.

RACINE CITY AND COUNTY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.


| /s/ | 1/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |